**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| v. | ) | Case No. 2:14cr136-MHT |
| | ) | (WO) |
| **ANTONIO MARABLE** | ) | |

**FINAL ORDER OF FORFEITURE**

On October 20, 2014, this Court entered a Preliminary Order of Forfeiture (doc. no. 25) ordering defendant Antonio Marable to forfeit his interest in the following property:

(a) Masterpiece Arms, model MPA930T .9 caliber pistol, bearing serial number F20048;

(b) Remington Arms Company, Inc., model 550-1, .22 caliber rifle, no serial number;

(c) American Arms (Excelsior) 12 gauge shotgun, bearing serial number 13806;

(d) Smith & Wesson, model 10, .38 caliber revolver, bearing serial number D981395;

(e) FIE, model Titan Tiger, .38 caliber revolver, bearing serial number N421197;

(f) Harrington & Richardson, model Topper, 20 gauge shotgun, no serial number;

(g) 2 rounds assorted ammunition; and

(h) 450 rounds Precision Cartridge .22 caliber ammunition.

On October 27, 2014, notice of this forfeiture was served upon Rosa Ford (doc. no. 26).

Notice of this forfeiture was posted on an official government internet site (www.forfeiture.gov) for 30 consecutive days, beginning on October 25, 2014, and ending on

November 23, 2014, as required by Rule G(4)(a)(iv)(C) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions (doc. no. 27).

On December 15, 2014, Rosa Ford filed a claim to the property listed in the Preliminary Order of Forfeiture (doc. no. 28).

On January 20, 2015, Rosa Ford filed to withdraw her claim (doc. no. 45).

On February 19, 2015, the court granted a motion to withdraw Rosa Ford's claim (doc. no. 48).

The Court finds that defendant Antonio Marable has an interest in the property that is subject to forfeiture pursuant to Title 18, United States Code, Section 924(d)(1) by and Title 28, United States Code, Section 2461(c).  The United States has established the requisite nexus between such property in the commission of the violation of Title 18, United States Code, Section 922(g)(1).

IT IS HEREBY ORDERED that the United States' motion for a final order of forfeiture (doc. no. 46) is granted as follows:

1. The following property is hereby forfeited to the United States pursuant to Title 18, United States Code, Section 924(d)(1) by Title 28, United States Code, Section 2461(c):

   (a) Masterpiece Arms, model MPA930T .9 caliber pistol, bearing serial number F20048;

   (b) Remington Arms Company, Inc., model 550-1, .22 caliber rifle, no serial number;

   (c) American Arms (Excelsior) 12 gauge shotgun, bearing serial number 13806;

   (d) Smith & Wesson, model 10, .38 caliber revolver, bearing serial number D981395;

   (e) FIE, model Titan Tiger, .38 caliber revolver, bearing serial number N421197;

   (f) Harrington & Richardson, model Topper, 20 gauge shotgun, no serial number;

   (g) 2 rounds assorted ammunition; and

   (h) 450 rounds Precision Cartridge .22 caliber ammunition.

 2. All right, title, and interest to the property described above is hereby condemned, Forfeited, and vested in the United States of America and shall be disposed of according to law;

 3. The United States District Court shall retain jurisdiction in the case for the purpose of enforcing this Order; and,

 4. The Clerk of the Court shall forward a certified copy of this Order to the United States Attorney's Office.

 DONE, this the 19th day of February, 2015.

          ___/s/ Myron H. Thompson_____
          UNITED STATES DISTRICT JUDGE